IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL HAMILTON STERLING,                No. 2:06-cv-1559-MCE-DAD-P

      Petitioner,

  v.                                     ORDER

UNKNOWN,

      Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, has filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 21, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the Findings and Recommendations were to be filed within twenty (20) days.

1 Petitioner has filed Objections to the Findings and
2 Recommendations.
3    In accordance with the provisions of 28 U.S.C.
4 § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a
5 de novo review of this case. Having carefully reviewed the
6 entire file, the Court finds the Findings and Recommendations to
7 be supported by the record and by proper analysis.
8    Accordingly, IT IS HEREBY ORDERED that:
9    1. The Findings and Recommendations filed July 21, 2006,
10 are adopted in full;
11    2. Petitioner's Request for Authorization to file a
12 Petition for Writ of Habeas Corpus in this district is denied;
13 and
14    2. This action is dismissed without prejudice to the filing
15 of a habeas petition in the United States District Court for the
16 Northern District of California if Petitioner obtains the
17 permission of the United States Court of Appeals for the Ninth
18 Circuit.
19 DATED: August 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2